OPINION — AG — THE OKLAHOMA WATER RESOURCES BOARD CANNOT, BY VIRTUE OF AN EXECUTIVE ORDER ESTABLISH AND ADMINISTER COMPREHENSIVE RULES AND REGULATIONS PERTAINING TO FLOOD PLAIN MANAGEMENT IN THE STATE OF OKLAHOMA, OR TO REQUIRE OTHER STATE AGENCIES TO COMPLY WITH SAME. CITE: ARTICLE VI, SECTION 1, ARTICLE VI, SECTION 2, ARTICLE VI, SECTION 8, 82 O.S. 1971 1086.2 [82-1086.2], 82 O.S. 1971 1085.17 [82-1085.17] [82-1085.17] (AMALIJA J. HODGINS) *** SEE: OPINION NO. 88-032 (1989) *** ** SEE OPINION NO. 91-640 (1991) ** SEE: OPINION NO. 95-036, 95-066 (1995) **